IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANSWAR EL MUHAMMAD, aka CHEVAL WRIGHT,**<br><br>Petitioner,<br><br>v.<br><br>**JEANNE WOODFORD, Director, California Department of Corrections; S. ORNASKI, Warden,**<br><br>Respondents. | CIV S-04-1856 RRB JFM<br><br>**ORDER** |

Good cause appearing, it is hereby ordered that:

1. Respondents' April 17, 2006 request for an enlargement of time is granted;

2. Respondents' responsive pleading to Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 19, 2006; and

3. It is further ordered that Petitioner's traverse be filed on or before June 19, 2006.

Dated: April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/muha1856.ext