1 | AJ KUTCHINS
PO Box 5138
2 | Berkeley, California 94705
(510) 841-5635
3 | State Bar No. 102322

4 | Attorney for Petitioner
ANSAR EL MUHAMMAD

5

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

7 | **ANSAR EL MUHAMMAD, also known as
CHEVAL WRIGHT,**

8
**Petitioner,**

9
vs.                                        NO. CIV S-04-1856 FCD JFM P

10
**JEANNE WOODFORD, Director,
11 | California Department of Corrections;
JOSEPH L. McGRATH, Warden,**

12
**Respondents.**
13 | _____/

14 |    The parties in the above-captioned action hereby stipulate that Petitioner Ansár El

15 | Muhammad shall have until August 18, 2006, to file his Traverse.

16

17 | Dated: June 1, 2006                     _____/S/_____
                                            AJ KUTCHINS
18                                          Attorney for the Petitioner

19 | Dated: June 5, 2006                     _____/S/_____
                                            DAVID A. LOWE
20                                          Deputy Attorney General
                                            Attorney for the Respondents
21

22 |    Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's

23 | Traverse shall be, and hereby is, extended to August 18, 2006

24 | Dated: June 14, 2006.

25

26                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
27

28

Stip. & Order Re Scheduling

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: June 5, 2006                                          _____/S/_____
                                                             AJ KUTCHINS
                                                             Attorney for the Petitioner