AJ KUTCHINS
PO Box 5138
Berkeley, California  94705
(510) 841-5635
State Bar No. 102322

Attorney for Petitioner
ANSAR EL MUHAMMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ANSAR EL MUHAMMAD, also known as
CHEVAL WRIGHT,**

    **Petitioner,**

vs.                                  NO. CIV S-04-1856 RRB JFM P

**JEANNE WOODFORD, Director,
California Department of Corrections;
JOSEPH L. McGRATH, Warden,**

    **Respondents.**
_____/

    The parties in the above-captioned action hereby stipulate that Petitioner Ansár El Muhammad shall have until September 18, 2006, to file his Traverse.

Dated: August 16, 2006                                 _____/S/_____
                                                               AJ KUTCHINS
                                                               Attorney for the Petitioner

Dated: August 16, 2006                                 _____/S/_____
                                                                DAVID A. LOWE
                                                                Deputy Attorney General
                                                                Attorney for the Respondents

    Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's Traverse shall be, and hereby is, extended to September 18, 2006.

Dated: August 17, 2006.

                                                                _____
                                                                UNITED STATES MAGISTRATE JUDGE

Stip. & Order Re Scheduling

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: August 16, 2006                               _____/S/_____
                                                     AJ KUTCHINS
                                                     Attorney for the Petitioner

Stip. & Order Re Scheduling                 2