AJ KUTCHINS
PO Box 5138
Berkeley, California 94705
(510) 841-5635
State Bar No. 102322

Attorney for Petitioner
ANSAR EL MUHAMMAD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD, also known as CHEVAL WRIGHT,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>JEANNE WOODFORD, Director, California Department of Corrections; JOSEPH L. McGRATH, Warden,<br><br>　　　Respondents._____/ | NO. CIV S-04-1856 FCD JFM P |

## STIPULATION AND ORDER REGARDING SCHEDULING

The parties to the above-captioned action hereby stipulate that Petitioner Ansár El Muhammad shall have until October 18, 2006, to file his Traverse.

Dated: September 13, 2006　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　AJ KUTCHINS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

Dated: September 14, 2006　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　DAVID LOWE
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Respondents

Stip. & Order Re Scheduling

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing the Traverse in this case shall be, and hereby is, extended to October 18, 2006.

Dated: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/muha1856.ext3

Stip. & Order Re Scheduling                    2