AJ KUTCHINS
PO Box 5138
Berkeley, California  94705
(510) 841-5635
State Bar No. 102322

Attorney for Petitioner
ANSAR EL MUHAMMAD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANSAR EL MUHAMMAD, also known as
CHEVAL WRIGHT,

      Petitioner,

    vs.                      NO. CIV S-04-1856 FCD JFM P

JEANNE WOODFORD, Director,
California Department of Corrections;
JOSEPH L. McGRATH, Warden,

      Respondents.
_____/

**STIPULATION AND ORDER REGARDING SCHEDULING**

The parties to the above-captioned action hereby stipulate that Petitioner Ansár El Muhammad shall have until November 20, 2006, to file his Traverse.

Dated: October 16, 2006                          /s/
                                                     AJ KUTCHINS
                                                     Attorney for Petitioner

Dated: October 16, 2006                          /s/
                                                   DAVID LOWE
                                                   Deputy Attorney General
                                                   Attorney for the Respondents

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing the Traverse in this case shall be, and hereby is, extended to November 20, 2006.

Dated: October 23, 2006.

Stip. & Order Re Scheduling

1
2
3       _____
        UNITED STATES MAGISTRATE JUDGE
4
5                           **SIGNATURE ATTESTATION**

6  I hereby attest that I have on file all holographic signatures for any signatures indicated by

7  a "conformed" signature (/S/) within this efiled document.

8

9  Dated: October 16, 2006                     _____/S/_____
                                                AJ KUTCHINS
10                                              Attorney for the Petitioner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28