1  AJ KUTCHINS
   PO Box 5138
2  Berkeley, California  94705
   (510) 841-5635
3  State Bar No. 102322

4  Attorney for Petitioner
   ANSAR EL MUHAMMAD

5
                    **UNITED STATES DISTRICT COURT**
6
                    **EASTERN DISTRICT OF CALIFORNIA**
7
   **ANSAR EL MUHAMMAD, also known as**
8  **CHEVAL WRIGHT,**

9           **Petitioner,**

10          **vs.**                              **NO. CIV S-04-1856 FCD JFM P**

11 **JEANNE WOODFORD, Director,**
   **California Department of Corrections;**
12 **JOSEPH L. McGRATH, Warden,**

13          **Respondents.**
                                                    /
14 _____

             **STIPULATION AND ORDER REGARDING SCHEDULING**
15
        The parties to the above-captioned action hereby stipulate that Petitioner Ansár El
16
   Muhammad shall have until December 20, 2006, to file his Traverse.
17

18
   Dated: November 17, 2006                    _____/s/_____
19                                             AJ KUTCHINS
                                               Attorney for Petitioner
20
   Dated: November 20, 2006                    _____/s/_____
21                                             DAVID LOWE
                                               Deputy Attorney General
22                                             Attorney for the Respondents

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

   Stip. & Order Re Scheduling

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing the Traverse in this case shall be, and hereby is, extended to January 15, 2007. No further extensions of time will be granted.

Dated: November 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/muha1856.ext6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. & Order Re Scheduling                    2

1

**SIGNATURE ATTESTATION**

2

3    I hereby attest that I have on file all holographic signatures for any signatures indicated by

4    a "conformed" signature (/S/) within this e-filed document.

5

6    Dated: November 20, 2006                    _____/S/_____
                                                                AJ KUTCHINS
7                                                              Attorney for the Petitioner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & Order Re Scheduling                      3