IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSAR EL MUHAMMAD also known as CHEVAL WRIGHT,

    Petitioner,                   No. CIV S-04-1856 FCD JFM P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to the September 17, 2007 stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that James Tilton, Director of the California Department of Corrections and Rehabilitation is hereby substituted in as a respondent in place of former Director Jeanne Woodford and Derral G. Adams, Warden of Corcoran State Prison, is hereby substituted in as a respondent in place of former Warden Eddie Ylst.

DATED: October 10, 2007.

                                            UNITED STATES MAGISTRATE JUDGE

12;muha1856.sub

1