IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSAR EL MUHAMMAD,
also known as CHEVAL WRIGHT,

      Petitioner,                    No. 2:04-cv-1856 JAM JFM (HC)

   vs.

MATTHEW CATE, et al.,

      Respondents.              ORDER

/

      Petitioner, a state prisoner proceeding through counsel, sought relief pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on September 24, 2010. On October 6, 2010, petitioner filed a notice of appeal and a request for leave to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of appeal.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's request for leave to proceed in forma pauperis on appeal is granted. See 28 U.S.C. § 1915(a); see also Fed. R. App. P. 24(a).

/////

/////

/////

1

1       2. The Clerk of the Court is directed to serve a copy of this order on the United
2  States Court of Appeals for the Ninth Circuit.
3  DATED: November 9, 2010
4
5                                              /s/ John A. Mendez
                                               UNITED STATES DISTRICT JUDGE